BENJAMIN B. WAGNER
United States Attorney
DANIEL S. MCCONKIE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2725

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:09-cr-00026 KJM |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER |
| ANDRE REESE ) | |
| Defendant. ) | |

The parties request that the sentencing hearing in this case be continued from October 27, 2011 to November 10, 2011 at 10:00 AM. This brief continuance will allow the government sufficient time to brief the complex issues raised in the defendant's sentencing brief.

                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


DATE: October 25, 2011         By:   /s/ Daniel S. McConkie
                                    DANIEL S. MCCONKIE
                                    Assistant U.S. Attorney

1

```
1
2   DATE: October 25, 2011            /s/ Benjamin D. Galloway
                                      BENJAMIN D. GALLOWAY
3                                     Attorney for Defendant
4
        **SO ORDERED.**
5
6   DATE:   October 25, 2011.
7                                     _____
                                      UNITED STATES DISTRICT JUDGE
8
```